**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

**UNITED STATES OF AMERICA**

**VS.**

**ROBERT LEE JOHNSON,**

**Defendant**

NO. 3: 06-CR-41 (CAR)

**VIOLATIONS:  Drug Related**

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Messrs. Daniel and Baker of the Athens Bar; the United States was represented by Assistant U. S. Attorney Tamara Jarrett. Based upon the evidence proffered to the court by counsel for the parties and the contents of the Pretrial Service Report dated November 14, 2006, as well as argument and comments of counsel,  I conclude that the following facts require the detention of the defendant pending the trial of this case

### PART I - FINDINGS OF FACT

☐ **(1)** There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

  ☐ under 18 U.S.C. §924(c).

☐ **(2)** The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ **(1)** There is a serious risk that the defendant will not appear.

☒ **(2)** There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated November 14, 2006, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of defendant JOHNSON and the safety of the community were he to be released from custody at this time. The offenses charged against the defendant are serious ones for which long-term imprisonment may be imposed in the event of a conviction after trial or a plea of guilty. The weight of evidence is strong; defendant JOHNSON was observed via wiretaps and surveillance providing assistance to his nephew, Frazier Lanier Johnson, reputed to be the head of the drug organization under indictment herein. His participation in the conspiracy was significant with his home being used to both sell and store illegal drugs and with his personal sale of drugs to others on behalf of his nephew.

Defendant JOHNSON has an extensive arrest and conviction record going back to 1975. He was convicted in 2004 in the Superior Court of Athens-Clarke County of the offense of POSSESSION WITH INTENT TO DISTRIBUTE for which he received a sentence of eight years imprisonment, serve 2. Significantly, he was on probation at the time of the offenses alleged in the federal indictment. Defendant JOHNSON has exhibited a propensity to violate the law going back nearly thirty years indicating that he would pose a serious danger to the safety of the community by continuing to involve himself in illegal activity were he to be released from custody. He has a history of use of illegal drugs, and he has had three revocations of probation since 1985, indicating an inability to comply with rules of supervision.

For the foregoing reasons, pretrial detention is mandated and is SO ORDERED AND DIRECTED.

### PART III  -  DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 14th day of NOVEMBER, 2006.



**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**